# EXHIBIT A

**IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT**
**IN AND FOR ST. LUCIE COUNTY, FLORIDA**

DONELLA HARRIEL,

Plaintiff,

Case No.: 562026CC004053AXXXHC
JUDGE EDMOND W ALONZO

v.

CLARITY SERVICES, INC.,

Defendant.
_____________________________/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, DONELLA HARRIEL ("Plaintiff"), by and through the undersigned counsel, and hereby files this Complaint against Defendant, CLARITY SERVICES, INC. ("Clarity"), and states as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages not exceeding $50,000, exclusive of attorney's fees and costs brought by Plaintiff against Clarity for violations of the *Fair Credit Reporting Act*, 15 U.S.C. § 1681, *et seq.* ("FCRA").

## JURISDICTION AND VENUE

2. Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p, and §34.01, Fla. Stat.

3. Clarity is subject to the provisions of the FCRA and to the jurisdiction of this Court pursuant to § 34.01, Fla. Stat.

4. Venue is proper in St. Lucie County, because the acts complained of were committed and/or caused by the Defendant within St. Lucie County.

## PARTIES

5. Plaintiff is a natural person and at all times relevant resided in St. Lucie County, Florida.

6. Plaintiff is a *Consumer* as defined by the FCRA, 15 U.S.C. § 1681a(c).

7. Clarity is a Delaware corporation with a principal business address of 475 Anton Blvd., Costa Mesa, CA 92626.

8. Clarity is registered to conduct business in the State of Florida, where its Registered Agent is CT Corporation System, 1200 South Pine Island Road., Plantation, FL 33324.

9. Clarity is a nationwide *Consumer Reporting Agency* ("CRA") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that it, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and uses various means of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically including mail, internet, and/or telephone communications.

## FACTUAL ALLEGATIONS

10. Clarity began maintaining a credit file on Plaintiff.

11. On information and belief, Clarity's file on Plaintiff is an example of a mixed file, or, at a minimum, a file containing materially inaccurate, conflicting, incomplete, and misleading identifying and account information.

12. A mixed file is a credit file that contains information concerning two or more people, rather than the one person about whom it should relate.

13. On information and belief, the mixed file resulted from Clarity's improper methods

by which it connects data reported to it by various furnishers and incorporates that data into consumer files.

14. In an aggressive attempt to match records reported to it, Clarity's automated systems can erroneously match information to a consumer's credit file based on insufficient commonalities.

15. These erroneous matches can occur even when the data supplied to Clarity contains substantially different identifying information from that of the actual consumer.

16. Clarity knows that inaccurate matching of identity, account, and inquiry information can associate unrelated consumers' information with the wrong consumer file.

17. On information and belief, lawsuits, consumer complaints, and disputes have placed Clarity on notice that inaccurate matching procedures can produce mixed files.

18. Clarity, as a CRA, has a legal obligation to use reasonable procedures to assure the maximum possible accuracy of consumer reports it prepares. 15 U.S.C. § 1681e(b).

19. Clarity markets identity related products that cross reference application information and Clarity data to authenticate consumer identities and detect application fraud.

20. As evidenced by the mutually inconsistent identifying and account information contained in Plaintiff's disclosure, Clarity failed to use reasonable procedures in maintaining and preparing reports regarding Plaintiff.

21. Clarity could reasonably foresee that furnishing reports containing identifying or account information belonging to an unrelated individual would cause harm to Plaintiff.

22. Similarly, Clarity could reasonably foresee that a consumer file containing different names, dates of birth, driver's license information, addresses, telephone numbers, email addresses, employment information, and accounts belonging to other persons would create a substantial risk

of adverse credit and identity consequences.

23. In August 2026, Plaintiff requested a consumer disclosure from Clarity. **See Exhibit A – Clarity Credit Report dated August 5, 2026.**

24. Pursuant to 15 U.S.C. § 1681g(a), upon receipt of Plaintiff's request, Clarity was required to clearly and accurately disclose all information in Plaintiff's file at the time of the request, including the sources of information required by the statute.

25. As a CRA, Clarity knows that the FCRA imposes duties concerning the completeness and accuracy of disclosures made directly to consumers.

26. Clarity specifically chose what information to disclose in Plaintiff's consumer disclosure and acted willfully, or at a minimum recklessly or negligently, in providing a disclosure that failed to identify all sources for materially conflicting identifying and account information contained in Plaintiff's file.

27. Plaintiff's correct name is Donella Harriel.

28. Clarity's disclosure nevertheless associates Plaintiff's file with the materially different names "SHARAE YOUNG" and "SHARAE J YOUNG."

29. Plaintiff has never used, been known by, or applied for credit under the names Sharae Young or Sharae J Young.

30. Plaintiff has one true and correct date of birth.

31. Clarity nevertheless associates Plaintiff's file with a materially conflicting date of birth.

32. The conflicting date of birth is inaccurate and does not belong to Plaintiff.

33. Plaintiff's correct Florida driver's license number ends in 0000.

34. Clarity's disclosure reports multiple Florida driver's license identifiers associated

with Plaintiff's file, including identifiers ending in 0000, [redacted] and 9730.

35. The driver's license identifiers ending in [redacted] and 9730 are inaccurate and do not belong to Plaintiff.

36. Plaintiff's only correct residential address is 361 SE Atlas Ter, Port St. Lucie, Florida.

37. Clarity nevertheless associates Plaintiff with additional residential addresses, including addresses in West Palm Beach, Florida, and Newberry, Florida, that do not belong to Plaintiff.

38. Plaintiff's only correct telephone numbers are 561-402-5075 and 772-708-6343.

39. Clarity nevertheless associates Plaintiff's file with additional telephone numbers that do not belong to Plaintiff.

40. Plaintiff's only correct email addresses are donella477@gmail.com and donella.harriel01@gmail.com.

41. Clarity nevertheless associates Plaintiff's file with multiple additional email addresses that do not belong to Plaintiff.

42. Plaintiff's correct employer is Wellstart Medical.

43. Clarity nevertheless associates Plaintiff with other employment information that does not accurately identify Plaintiff's employer.

44. Thus, Clarity's own disclosure associates Plaintiff with materially conflicting names, dates of birth, driver's license identifiers, residential addresses, telephone numbers, email addresses, and employment information.

45. The inconsistencies are material because a consumer's name, date of birth, driver's license number, address, telephone number, and other identifying information are core data used

to distinguish one consumer from another.

46. No reasonable identity matching procedure should conclude that one consumer simultaneously has materially conflicting names, dates of birth, driver's license identifiers, addresses, contact information, and other identifying information.

47. The presence of mutually exclusive identifying information in Plaintiff's file demonstrates deficiencies in Clarity's procedures for matching consumer information.

48. Further demonstrating the unreliability of Clarity's matching and reporting procedures, Clarity associated Plaintiff with an Acima Digital account that does not belong to Plaintiff.

49. Clarity's disclosure identifies the Acima Digital account as a lease opened on or about December 12, 2022, in the amount of approximately $2,690.

50. Plaintiff did not open, authorize, use, or otherwise incur the Acima Digital account.

51. The Acima Digital account belongs to another person and was improperly associated with Plaintiff's consumer file.

52. Clarity also associated Plaintiff with a CBW/CreditFresh account that does not belong to Plaintiff.

53. Clarity's disclosure identifies the CBW/CreditFresh account as an online line of credit opened on or about April 23, 2023, and reports approximately $1,210 as the current balance, a past-due amount, and a collections status.

54. Plaintiff did not open, authorize, use, or otherwise incur the CBW/CreditFresh account.

55. The CBW/CreditFresh account belongs to another person and was improperly associated with Plaintiff's consumer file.

56. The presence of accounts that do not belong to Plaintiff, together with materially conflicting identifying information, further demonstrates deficiencies in Clarity's procedures for matching information to Plaintiff.

57. The presence of this conflicting information creates a substantial risk that Clarity furnished Plaintiff's consumer information in response to requests relating to a different person and/or furnished information belonging to a different person in reports concerning Plaintiff.

58. Plaintiff's Clarity file reflects numerous inquiry events associated with applications for credit and other transactions.

59. On information and belief, Clarity furnished consumer reports or consumer report information to lenders in connection with inquiries reflected in Plaintiff's Clarity file, including inquiry events carrying identifying or account information materially inconsistent with Plaintiff's actual identity.

60. On information and belief, at least some requests associated with the inaccurate information in Plaintiff's file concerned an unrelated person rather than Plaintiff.

61. Clarity's procedures nevertheless caused or permitted Plaintiff's consumer information to be associated with those requests.

62. Plaintiff has suffered damages as a result of Clarity's conduct, including loss of time, frustration, inconvenience, and emotional distress, and has been required to expend time and resources addressing the inaccurate information and procuring counsel.

**COUNT I**
**CLARITY'S WILLFUL VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681e(b)**

63. Plaintiff adopts and incorporates paragraphs 1 through 62 as if fully stated herein.

64. Clarity violated 15 U.S.C. § 1681e(b) when it failed to follow reasonable procedures to assure maximum possible accuracy of consumer reports regarding Plaintiff.

65. Reasonable procedures would not have resulted in Clarity's inclusion or association of incorrect names, an incorrect date of birth, incorrect driver's license identifiers, incorrect addresses, incorrect telephone numbers, incorrect email addresses, incorrect employment information, and accounts that do not belong to Plaintiff.

66. The presence of mutually exclusive identifying information and accounts belonging to other persons in Plaintiff's file itself constitutes evidence that Clarity failed to maintain reasonable procedures.

67. Clarity's conduct was willful and intentional, or, alternatively, was done with reckless disregard for its duties under the FCRA to provide reports with maximum possible accuracy.

68. Clarity's policies and procedures could reasonably be foreseen to cause harm to Plaintiff.

69. Clarity is liable to Plaintiff pursuant to 15 U.S.C. § 1681n for actual damages or statutory damages as permitted by law, punitive damages, reasonable attorneys' fees, and costs.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court enter judgment against Clarity for:

a. The greater of Plaintiff's actual damages or statutory damages of $1,000.00 per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681n(a)(3);

c. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2); and,

d. Such other relief that this Court deems just and proper.

**COUNT II**
**CLARITY'S NEGLIGENT VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681e(b)**
**(Pled in the Alternative to Count I)**

70. Plaintiff adopts and incorporates paragraphs 1 through 62 as if fully stated herein and pled strictly in the alternative to Count I.

71. Clarity owed Plaintiff a legal duty to utilize reasonable procedures to assure the maximum possible accuracy of consumer reports concerning Plaintiff.

72. Clarity violated 15 U.S.C. § 1681e(b) when it failed to follow reasonable procedures to assure maximum possible accuracy, as reasonable procedures would not have resulted in Clarity's inclusion or association of incorrect identifying information and accounts that do not belong to Plaintiff.

73. Clarity's breach violated 15 U.S.C. § 1681e(b), and Plaintiff is entitled to actual damages, reasonable attorneys' fees, and costs pursuant to 15 U.S.C. § 1681o.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court enter judgment against Clarity for:

a. Plaintiff's actual damages, pursuant to 15 U.S.C. § 1681o(a)(1);

b. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681o(a)(2); and,

c. Such other relief that this Court deems just and proper.

**COUNT III**
**CLARITY'S WILLFUL VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681g(a)(2)**

74. Plaintiff adopts and incorporates paragraphs 1 through 62 as if fully stated herein.

75. Clarity violated 15 U.S.C. § 1681g(a)(2) when responding to Plaintiff's request for her consumer disclosure by failing to clearly and accurately disclose all information and sources required by the statute concerning the materially conflicting identifying and account information

in her file.

76. Clarity disclosed incorrect names, an incorrect date of birth, incorrect Florida driver's license identifiers, incorrect addresses, incorrect telephone numbers, incorrect email addresses, incorrect employment information, and accounts that do not belong to Plaintiff, but did not clearly disclose all sources from which that inaccurate information originated.

77. The failure to disclose the required source information prevented Plaintiff from determining how the inaccurate identifying and account information entered her file and from fully understanding the provenance of the information Clarity associated with her identity.

78. Clarity's conduct was willful or reckless, and Clarity is liable to Plaintiff pursuant to 15 U.S.C. § 1681n for the damages and relief permitted by law.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court enter judgment in her favor, and against Clarity, for:

a. The greater of Plaintiff's actual damages or statutory damages of $1,000.00 per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A), or in the alternative;

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681n(a)(3); and

d. Such other relief that this Court deems just and proper.

**COUNT IV**
**CLARITY'S NEGLIGENT VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681g(a)(2)**
**(Pled in the Alternative to Count III)**

79. Plaintiff adopts and incorporates paragraphs 1 through 62 as if fully stated herein and strictly pled in the alternative to Count III.

80. Clarity owed Plaintiff a legal duty to clearly and accurately disclose the information

in its file on Plaintiff upon her request, including the source information required by 15 U.S.C. § 1681g(a)(2).

81. Clarity breached this duty when it failed to clearly disclose the source or sources upon which it relied to associate Plaintiff with the name Donella Harriel, the incorrect dates of birth, and the six incorrect Florida driver's license identifiers.

82. Clarity's breach violated 15 U.S.C. § 1681g(a)(2), and Plaintiff is entitled to actual damages, reasonable attorneys' fees, and costs pursuant to 15 U.S.C. § 1681o.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court enter judgment in her favor, and against Clarity, for:

a. Plaintiff's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681o(a)(2); and,

c. Such other relief that this Court deems just and proper.

**COUNT V**

**CLARITY'S WILLFUL VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681b(a)(3)**

83. Plaintiff adopts and incorporates paragraphs 1 through 62 as if fully stated herein.

84. On information and belief, Clarity furnished reports or consumer report information concerning Plaintiff in response to requests associated with an unrelated individual or materially different identifying information, including materially different names, dates of birth, and driver's license information.

85. Clarity had no reasonable basis to believe that a permissible purpose existed to furnish Plaintiff's consumer information in response to a request concerning an unrelated consumer whose identifying information materially differed from Plaintiff's.

86. Clarity knew or recklessly disregarded the risk that its automated matching systems

could provide consumer information about unrelated individuals in response to lender requests.

87. Clarity is liable to Plaintiff pursuant to 15 U.S.C. § 1681n for actual or statutory damages as permitted by law, punitive damages, reasonable attorneys' fees, and costs.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court enter judgment in her favor, and against Clarity, for:

a. The greater of Plaintiff's actual damages or statutory damages of $1,000.00 per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681n(a)(3); and,

d. Such other relief that this Court deems just and proper.

**COUNT VI**
**CLARITY'S NEGLIGENT VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681b(a)(3)**
**(Pled in the Alternative to Count V)**

88. Plaintiff adopts and incorporates paragraphs 1 through 62 as if fully stated herein.

89. Clarity owed Plaintiff a legal duty to furnish her consumer report information only for a permissible purpose authorized by the FCRA.

90. On information and belief, Clarity breached this duty when it furnished Plaintiff's information in connection with requests associated with an unrelated person or materially different identifying information.

91. Furnishing Plaintiff's consumer information in response to a request concerning a different person is not authorized by 15 U.S.C. § 1681b(a)(3).

92. Clarity's breach violated the FCRA, and Plaintiff is entitled to actual damages, reasonable attorneys' fees, and costs pursuant to 15 U.S.C. § 1681o.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter judgment in her favor, and against Clarity, for:

a. Plaintiff's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681o(a)(2); and,

c. Such other relief that this Court deems just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated this 25th day of August 2026.

Respectfully Submitted,

*/s/ David Bender*

**ETHAN B. BABB, ESQ.**
Florida Bar No. 127488
Email: ebabb@babblaw.com
Secondary: kschofield@babblaw.com
**DAVID M. BENDER, ESQ.**
Florida Bar No. 49841
Email: dbender@babblaw.com
Secondary: cthompson@babblaw.com
**ETHAN BABB LAW FIRM**
6013 Farcenda Place, Suite 101
Melbourne, FL 32940
Phone: (321) 529-2222
Fax: (321) 529-2929
*Counsel for Plaintiff*

**ATTACHED EXHIBIT LIST**

**A. Clarity Credit Report dated August 5, 2026.**

# Clarity Report for HARRIEL, DONELLA EXHIBIT"A"

**8/5/2026**

## Consumer

Name

HARRIEL, DONELLA

Address

361 SE ATLAS TER
PORT ST LUCIE, FL 34983

Reference Number

UB8TK2KE

## Notices

Enclosed is a copy of your Clarity Credit Report and/or Clarity Credit Score, a "Summary of Your Rights Under the Fair Credit Reporting Act", and any applicable state rights for you. Below you can find links to help you read and understand this document.

If you wish to dispute information contained in your report, please call us to explain your dispute. You may also provide additional documentation to support your dispute, but it is not required. If you requested your Clarity Credit Report, but not your Clarity Credit Score, you may request and obtain a Clarity Credit Score.

OFAC score and flag values are derived from information maintained by the Office of Foreign Assets Control, a division of the U.S. Department of Treasury. The "Valid Social Security Format" and "Social Security Deceased" values are derived from information maintained by the Social Security Administration (SSA).

The latest information on how to read your Clarity consumer file disclosure can be found at:

https://consumersupport.clarityservices.com/how_to_read_report

The latest information on how to read your Clarity Credit Score can be found at:

https://consumersupport.clarityservices.com/how_to_read_score

**Disclaimer:** This consumer report may contain personally identifiable information, and may be used only in accordance with all regulatory guidelines.
©2009 - 2026 Clarity Services Inc. All Rights Reserved.

# Accounts

## Account #1

### Consumer

**Name:** HARRIEL, DONELLA

**Date of Birth:** [redacted]

**Address:** 361 SE ATLAS TER, PORT ST LUCIE FL 34983

**Bank Routing Number:**

**Bank Account Number:**

**Phone Number:** [redacted]

### Current

| | | | |
|---|---|---|---|
| **Account #:** | [redacted] | **Company:** | Acima Digital |
| **Account Type:** | Lease | **Credit Limit:** | $0 |
| **Ownership:** | Individual | **Current Amount:** | $2,690 |
| **Number of Payments:** | 12 | **Current Balance:** | $0 |
| **Payment Frequency:** | Weekly Only | **Past Due:** | $0 |
| **Open Date:** | 12/12/2022 | **Actual Payment:** | $619 |
| **First Due Date:** | | **Next Payment Amount:** | $0 |
| **Last Update Date:** | 3/31/2023 | **Status:** | Closed/Paid |
| **Delinquency Date:** | | **Closed Date:** | 3/10/2023 |
| **Payment History:** | @0---0----0- | **Closed Status:** | |
| **Comment:** | | | |
| **Consumer Dispute:** | | | |

### Historical

| | | | |
|---|---|---|---|
| **Original Account Type:** | Lease | **Original Amount:** | $2,690 |
| **First Payment Date:** | 12/26/2022 | **First On-Time Payment Date:** | 12/26/2022 |
| **Last Payment Date:** | 3/10/2023 | **Last On-Time Payment Date:** | 2/21/2023 |
| **Total Late Payments:** | 0 | **Collections (#):** | 0 |
| **Amount of Late Payments:** | $0 | **Total Collections:** | $0 |
| **Total Days Late:** | 0 | **Days in Collections:** | 0 |
| **Longest Late Payment:** | 0 | **Last Collection Date:** | |
| **Charged Off Date:** | | **Worst Payment Status:** | Current |
| **Charge Off Amount:** | | **First Closed Date:** | 3/10/2023 |

Account #2

## Consumer

| | | | |
|---|---|---|---|
| **Name:** | HARRIEL, DONELLA | **Date of Birth:** | [redacted] |
| **Address:** | 361 SE ATLAS TER, PORT ST LUCIE FL 34983 | | |
| **Bank Routing Number:** | [redacted] | **Bank Account Number:** | [redacted] |
| **Phone Number:** | [redacted] | | |

## Current

| | | | |
|---|---|---|---|
| **Account #:** | [redacted] | **Company:** | CBW / CreditFresh |
| **Account Type:** | Online Line of Credit | **Credit Limit:** | |
| **Ownership:** | Individual | **Current Amount:** | $1,000 |
| **Number of Payments:** | Line of Credit | **Current Balance:** | $1,210 |
| **Payment Frequency:** | Biweekly Only | **Past Due:** | $65 |
| **Open Date:** | 4/23/2023 | **Actual Payment:** | $65 |
| **First Due Date:** | 5/15/2023 | **Next Payment Amount:** | $65 |
| **Last Update Date:** | 6/28/2023 | **Status:** | Collections |
| **Delinquency Date:** | 6/26/2023 | **Closed Date:** | |
| **Payment History:** | #### | **Closed Status:** | |
| **Comment:** | | | |
| **Consumer Dispute:** | | | |

## Historical

| | | | |
|---|---|---|---|
| **Original Account Type:** | Online Line of Credit | **Original Amount:** | $10,000 |
| **First Payment Date:** | 5/15/2023 | **First On-Time Payment Date:** | 5/15/2023 |
| **Last Payment Date:** | 6/26/2023 | **Last On-Time Payment Date:** | 5/15/2023 |
| **Total Late Payments:** | 1 | **Collections (#):** | 4 |
| **Amount of Late Payments:** | $65 | **Total Collections:** | $1,210 |
| **Total Days Late:** | 1176 | **Days in Collections:** | 1167 |
| **Longest Late Payment:** | 1176 | **Last Collection Date:** | |
| **Charged Off Date:** | | **Worst Payment Status:** | Collections |
| **Charge Off Amount:** | | **First Closed Date:** | |

## Check Cashing Details (Check cashing information is furnished by VALID Systems)

No check cashing information found.

## Inquiries seen by others

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your name, date of birth and driver's license/state, then all those data elements came from the same inquiry.

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | Credit Application | Online Installment Loan | Lending Creative |
| 4/11/2026 11:45:03 am EDT 55dne5wjkd | Credit Application | Online Installment Loan | Lending Creative |
| 4/11/2026 11:44:20 am EDT vk1y9y0n2j | Credit Application | Online Installment Loan | Plain Green/Tekambi |
| 4/11/2026 11:41:56 am EDT xtgzb3qhhz | Credit Application | Online Installment Loan | Uplift Loans/Tekambi/Financial Technologies Consulting |
| 4/11/2026 11:41:16 am EDT gg1vqxtk6c | Credit Application | Online Installment Loan | Explore Credit/Insight |
| 4/11/2026 11:41:06 am EDT jjgzak7h8y | Credit Application | Online Installment Loan | Willow Lake Lending |
| 4/11/2026 11:41:01 am EDT 363kwjgxhm | Credit Application | Online Installment Loan | Credit Ninja/FMS |
| 1/4/2026 8:59:40 am EST et27y8aadk | Credit Application | Online Installment Loan | Plain Green/Tekambi |
| 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | Credit Application | Online Installment Loan | Uprova Credit/Habemco/ULPS |
| 12/16/2025 6:18:34 pm EST 44j17pms7y | Credit Application | Storefront Installment Loan | InstaLoan |
| 12/16/2025 1:32:10 pm EST cdg6bdry59 | Credit Application | Storefront Title Loan | InstaLoan |
| 11/6/2025 1:38:38 am EST xg2et12az2 | Credit Application | Charge Account | Perpay |
| 7/17/2025 7:02:25 pm EDT 4zr1e9r2fn | Credit Application | Auto Loan | Credit Acceptance Corporation |
| 7/17/2025 6:39:59 pm EDT vkhnxpabqn | Credit Application | Auto Loan | Credit Acceptance Corporation |
| 7/17/2025 6:28:02 pm EDT jt54b4zspq | Credit Application | Auto Loan | Westlake Financial Services |
| 7/17/2025 6:28:01 pm EDT 8p2drx083v | Credit Application | Auto Loan | Westlake Financial Services |
| 7/17/2025 6:27:50 pm EDT m14v01xdka | Credit Application | Auto Loan | Credit Acceptance Corporation |

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 4/12/2025 9:12:21 am EDT 23te7q23xc | Credit Application | Storefront Installment Loan | InstaLoan FL |
| 11/18/2024 3:06:16 pm EST fj9js0ehgk | Legitimate Business Need | Online Rent-to-Own | Rent-A-Center |
| 10/11/2024 4:11:30 pm EDT qawnbmne3f | Credit Application | Storefront Installment Loan | InstaLoan FL |
| 10/11/2024 3:21:11 pm EDT 5hest04ssr | Credit Application | Storefront Title Loan | InstaLoan FL |
| 7/12/2024 5:44:18 pm EDT zhp9fwsfae | Credit Application | Storefront Installment Loan | InstaLoan FL |
| 7/10/2024 9:49:23 pm EDT 3czq41ah61 | Credit Application | Storefront Title Loan | InstaLoan FL |
| 5/14/2023 10:52:58 am EDT h6d51ae79r | Credit Application | Online Line of Credit | TCDS/MobiLoans |
| 5/7/2023 6:34:20 pm EDT 7bzx8cg38m | Credit Application | Online Installment Loan | Greenline Loans/Eagle/Integra |
| 5/7/2023 6:33:35 pm EDT g13g5fwe44 | Credit Application | Online Installment Loan | Greenline Loans/Eagle/Integra |
| 5/7/2023 3:22:39 pm EDT b7d58azdvf | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 5/7/2023 3:14:50 pm EDT an2xadpwxx | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 5/7/2023 3:14:44 pm EDT xf0qy3g9qd | Credit Application | Online Installment Loan | Greenline Loans/Eagle/Integra |
| 5/7/2023 3:14:40 pm EDT pymbrh8md1 | Credit Application | Online Installment Loan | Greenline Loans/Eagle/Integra |
| 5/7/2023 3:14:33 pm EDT mf0krkh9eb | Credit Application | Online Line of Credit | QB/TLS/MK Analytics/Propel |
| 5/4/2023 10:35:58 am EDT gt8czb1371 | Legitimate Business Need | Online Rent-to-Own | American First Finance |
| 5/4/2023 10:29:54 am EDT h0n9919ztr | Legitimate Business Need | Online Rent-to-Own | Snap Finance |
| 5/2/2023 4:57:27 pm EDT 4sax1t8th3 | Legitimate Business Need | Storefront Rent-to-Own | Acima Digital |
| 5/2/2023 4:57:27 pm EDT bbyne1tdag | Legitimate Business Need | Storefront Rent-to-Own | Acima Digital |
| 5/2/2023 4:26:45 pm EDT a7pm01td57 | Legitimate Business Need | Storefront Rent-to-Own | Acima Digital |
| 4/29/2023 10:51:52 am EDT 7gc10qmftj | Credit Application | Charge Account | Perpay |
| 4/25/2023 6:49:40 pm EDT c8fk1dy55f | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 4/25/2023 6:49:34 pm EDT mwka3ds53n | Credit Application | Online Installment Loan | Greenline Loans/Eagle/Integra |
| 4/25/2023 6:49:27 pm EDT v51dxk1fgd | Credit Application | Online Installment Loan | Green Arrow Solutions |

| Date/Time/Tracking # | Purpose | Type | Company |
|---|---|---|---|
| 4/25/2023 6:49:18 pm EDT 3tj9qq0hkd | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 4/25/2023 6:49:13 pm EDT s88w866vdy | Credit Application | Online Installment Loan | Greenline Loans/Eagle/Integra |
| 4/25/2023 6:49:03 pm EDT 39hm2y1hf2 | Credit Application | Online Installment Loan | Cash Advance Now |
| 4/25/2023 6:48:41 pm EDT z1a3kmk3mt | Credit Application | Online Installment Loan | Arrowhead Advance |
| 4/25/2023 6:48:28 pm EDT dz1v80qrh8 | Credit Application | Online Installment Loan | ZocaLoans |
| 4/25/2023 6:48:05 pm EDT ky8g45hpr8 | Credit Application | Online Installment Loan | Blue Mountain Loans-Infinity-Lead Envy-FT Services |
| 4/25/2023 6:47:59 pm EDT wgqg410qty | Credit Application | Online Installment Loan | Credit Ninja/FMS |
| 4/25/2023 6:47:44 pm EDT wj886wzcyd | Credit Application | Online Installment Loan | TBO Bank/Atlas |
| 4/25/2023 6:46:59 pm EDT mg83kzs0kg | Credit Application | Online Installment Loan | Loan At Last |
| 4/25/2023 6:46:57 pm EDT frrzb1vqn0 | Credit Application | Online Installment Loan | WithU Loans |
| 4/23/2023 4:11:02 pm EDT czbcn119dz | Credit Application | Online Line of Credit | CBW / CreditFresh |
| 4/23/2023 4:03:50 pm EDT bwghqz4j7c | Credit Application | Online Line of Credit | CBW / CreditFresh |
| 4/23/2023 9:53:33 am EDT pa7zq8fzfp | Credit Application | Online Installment Loan | Republic Bank/NetCredit |
| 4/23/2023 9:53:33 am EDT 0vdbey9916 | Credit Application | Online Installment Loan | Republic Bank/NetCredit |
| 3/31/2023 11:41:18 am EDT y5m8fwm1js | Credit Application | Auto Loan | Western Funding Incorporated |
| 3/31/2023 11:41:14 am EDT kghfcg23kx | Credit Application | Auto Loan | Westlake Financial Services |
| 3/31/2023 11:41:14 am EDT y9mwcwf018 | Credit Application | Auto Loan | Westlake Financial Services |
| 1/10/2023 8:42:18 pm EST xxqmfg61y3 | Credit Application | Online Installment Loan | Plain Green |
| 12/11/2022 4:10:25 pm EST 39mnq4p71h | Legitimate Business Need | Storefront Rent-to-Own | Acima Digital |
| 6/3/2022 7:11:54 am EDT xaa97pq3zt | Credit Application | Online Installment Loan | FEB/Personify |
| 5/2/2022 7:40:58 am EDT 5qt3d47kna | Credit Application | Online Installment Loan | FEB/Personify |
| 5/2/2022 7:40:58 am EDT r0etnazm8v | Credit Application | Online Installment Loan | TAB Bank/Integra Credit |
| 12/25/2021 6:50:45 pm EST 8pegxv5x8m | Credit Application | Online Installment Loan | FEB/Personify |

## Inquiries not seen by others

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your name, date of birth and driver's license/state, then all those data elements came from the same inquiry.

| Date/Time/Tracking # | Purpose | Company |
|---|---|---|
| 7/18/2026 7:59:59 pm EDT 52411490557 | Account Review | Experian on behalf of Credit One Bank NA |
| 7/14/2026 6:02:58 am EDT 52244483499 | Written Consent | Experian on behalf of Experian Credit Match |
| 7/12/2026 6:09:18 pm EDT 52236411186 | Written Consent | Experian on behalf of Experian Credit Match |
| 7/11/2026 7:59:59 pm EDT 52217445101 | Written Consent | Experian on behalf of Credit Karma Inc |
| 7/8/2026 7:59:59 pm EDT 52173046280 | Written Consent | Experian on behalf of Credit Karma Inc |
| 6/29/2026 5:36:01 pm EDT zxvv74fhgh | Written Consent | Experian on behalf of Carvana LLC |
| 6/28/2026 7:59:59 pm EDT 53102040360 | Written Consent | Experian on behalf of Credit Karma Inc |
| 6/20/2026 7:59:59 pm EDT 53039272169 | Written Consent | Experian on behalf of Credit Karma Inc |
| 6/19/2026 7:59:59 pm EDT 52937074749 | Account Review | Experian on behalf of Credit One Bank NA |
| 6/17/2026 7:59:59 pm EDT 52939327875 | Written Consent | Experian on behalf of Credit Karma Inc |
| 6/16/2026 4:08:36 pm EDT ynka99hy5s | Credit Application | Experian on behalf of Chase Card Services Inc |
| 6/13/2026 7:59:59 pm EDT 52860099733 | Written Consent | Experian on behalf of Credit Karma Inc |
| 6/10/2026 7:59:59 pm EDT 52791127192 | Written Consent | Experian on behalf of Credit Karma Inc |
| 6/6/2026 7:59:59 pm EDT 52701977216 | Written Consent | Experian on behalf of Credit Karma Inc |
| 6/3/2026 7:59:59 pm EDT 52775341455 | Written Consent | Experian on behalf of Credit Karma Inc |
| 6/3/2026 4:32:07 pm EDT tcsa7wrsxq | Written Consent | Cherry Technologies Inc |
| 6/2/2026 7:59:59 pm EDT 52129598315 | Written Consent | Experian on behalf of Credit Karma Inc |
| 5/27/2026 7:59:59 pm EDT 52063628643 | Written Consent | Experian on behalf of Credit Karma Inc |
| 5/23/2026 7:59:59 pm EDT 52007209799 | Written Consent | Experian on behalf of Credit Karma Inc |
| 5/20/2026 7:59:59 pm EDT 51925734744 | Written Consent | Experian on behalf of Credit Karma Inc |
| 5/16/2026 7:59:59 pm EDT 51879090372 | Written Consent | Experian on behalf of Credit Karma Inc |
| 5/16/2026 7:59:59 pm EDT 51914663058 | Account Review | Experian on behalf of Credit One Bank NA |
| 5/13/2026 7:59:59 pm EDT 51792366610 | Written Consent | Experian on behalf of Credit Karma Inc |
| 5/9/2026 7:59:59 pm EDT 51685624292 | Written Consent | Experian on behalf of Credit Karma Inc |
| 5/6/2026 7:59:59 pm EDT 51640455860 | Written Consent | Experian on behalf of Credit Karma Inc |
| 5/2/2026 7:59:59 pm EDT 51592603173 | Written Consent | Experian on behalf of Credit Karma Inc |
| 4/29/2026 7:59:59 pm EDT 51543438397 | Written Consent | Experian on behalf of Credit Karma Inc |
| 4/26/2026 7:59:59 pm EDT 51464979100 | Written Consent | Experian on behalf of Credit Karma Inc |
| 4/22/2026 7:59:59 pm EDT 51383248345 | Written Consent | Experian on behalf of Credit Karma Inc |

| Date/Time/Tracking # | Purpose | Company |
|---|---|---|
| 4/21/2026 7:59:59 pm EDT 51432426902 | Account Review | Experian on behalf of Credit One Bank NA |
| 4/18/2026 7:59:59 pm EDT 51328476953 | Written Consent | Experian on behalf of Credit Karma Inc |
| 4/15/2026 7:59:59 pm EDT 51264209358 | Written Consent | Experian on behalf of Credit Karma Inc |
| 4/11/2026 7:59:59 pm EDT 51158363367 | Written Consent | Experian on behalf of Credit Karma Inc |
| 4/9/2026 7:59:59 pm EDT 51220752131 | Pre-screen | FirstElectronicBank/OppLoans |
| 4/8/2026 7:59:59 pm EDT 51093706135 | Written Consent | Experian on behalf of Credit Karma Inc |
| 4/4/2026 7:59:59 pm EDT 51012562542 | Written Consent | Experian on behalf of Credit Karma Inc |
| 4/1/2026 7:59:59 pm EDT 50972222275 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/30/2026 7:59:59 pm EDT 50984544559 | Account Review | Experian on Behalf of Perpay Inc |
| 3/29/2026 7:59:59 pm EDT 50921871420 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/26/2026 1:24:01 pm EDT 36hjbpd9xb | Written Consent | Experian on behalf of OneMain - Prequal |
| 3/25/2026 7:59:59 pm EDT 50848499870 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/21/2026 7:59:59 pm EDT 50800414401 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/20/2026 7:59:59 pm EDT 50812428569 | Account Review | Experian on behalf of Credit One Bank NA |
| 3/18/2026 7:59:59 pm EDT 50721875327 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/14/2026 7:59:59 pm EDT 50650743841 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/11/2026 7:59:59 pm EDT 50560320888 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/7/2026 6:59:59 pm EST 50479540885 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/4/2026 6:59:59 pm EST 50446530215 | Written Consent | Experian on behalf of Credit Karma Inc |
| 3/4/2026 6:59:59 pm EST 50474938368 | Account Review | Experian on Behalf of Perpay Inc |
| 3/1/2026 6:59:59 pm EST 50385458917 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/25/2026 6:59:59 pm EST 50282825523 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/21/2026 6:59:59 pm EST 50206117404 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/20/2026 6:59:59 pm EST 50178191540 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/20/2026 6:59:59 pm EST 50349666643 | Account Review | Experian on behalf of Credit One Bank NA |
| 2/14/2026 6:59:59 pm EST 50076025116 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/11/2026 6:59:59 pm EST 50011879184 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/7/2026 6:59:59 pm EST 49949523463 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/4/2026 6:59:59 pm EST 49893056965 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/2/2026 6:59:59 pm EST 49844959267 | Written Consent | Experian on behalf of Credit Karma Inc |
| 2/2/2026 6:59:59 pm EST 49928522561 | Account Review | Experian on Behalf of Perpay Inc |
| 1/28/2026 6:59:59 pm EST 49810888149 | Written Consent | Experian on behalf of Credit Karma Inc |
| 1/24/2026 6:59:59 pm EST 49750468680 | Written Consent | Experian on behalf of Credit Karma Inc |
| 1/21/2026 6:59:59 pm EST 49665398166 | Written Consent | Experian on behalf of Credit Karma Inc |

| Date/Time/Tracking # | Purpose | Company |
|---|---|---|
| 1/20/2026 6:59:59 pm EST 49704207155 | Pre-screen | Experian on behalf of Credit One Bank NA |
| 1/17/2026 6:59:59 pm EST 49618102397 | Written Consent | Experian on behalf of Credit Karma Inc |
| 1/14/2026 6:59:59 pm EST 49509956308 | Written Consent | Experian on behalf of Credit Karma Inc |
| 1/10/2026 6:59:59 pm EST 49428900796 | Written Consent | Experian on behalf of Credit Karma Inc |
| 1/7/2026 6:59:59 pm EST 49349036138 | Written Consent | Experian on behalf of Credit Karma Inc |
| 1/5/2026 6:59:59 pm EST 49331616988 | Account Review | Experian on Behalf of Perpay Inc |
| 1/3/2026 6:59:59 pm EST 49280282833 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/31/2025 6:59:59 pm EST 49225492463 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/28/2025 6:59:59 pm EST 49189734375 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/24/2025 6:59:59 pm EST 49136678456 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/20/2025 6:59:59 pm EST 49081208136 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/17/2025 6:59:59 pm EST 48999183759 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/16/2025 6:59:59 pm EST 49091833062 | Pre-screen | Experian on behalf of Credit One Bank NA |
| 12/13/2025 6:59:59 pm EST 48920875318 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/10/2025 6:59:59 pm EST 48868468970 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/6/2025 6:59:59 pm EST 48787776424 | Written Consent | Experian on behalf of Credit Karma Inc |
| 12/3/2025 6:59:59 pm EST 48770636888 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/30/2025 6:59:59 pm EST 48683956384 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/26/2025 6:59:59 pm EST 48637784750 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/22/2025 6:59:59 pm EST 48580401345 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/19/2025 6:59:59 pm EST 48529286557 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/15/2025 6:59:59 pm EST 48426895486 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/12/2025 6:59:59 pm EST 48359696187 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/8/2025 6:59:59 pm EST 48287803505 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/5/2025 6:59:59 pm EST 48238877170 | Written Consent | Experian on behalf of Credit Karma Inc |
| 11/1/2025 7:59:59 pm EDT 48207365124 | Written Consent | Experian on behalf of Credit Karma Inc |
| 10/29/2025 7:59:59 pm EDT 48130838549 | Written Consent | Experian on behalf of Credit Karma Inc |
| 10/27/2025 7:59:59 pm EDT 48099950557 | Written Consent | Experian on behalf of Credit Karma Inc |
| 10/22/2025 7:59:59 pm EDT 48012196345 | Written Consent | Experian on behalf of Credit Karma Inc |
| 10/18/2025 7:59:59 pm EDT 47930398722 | Written Consent | Experian on behalf of Credit Karma Inc |
| 10/15/2025 7:59:59 pm EDT 47889960621 | Written Consent | Experian on behalf of Credit Karma Inc |
| 10/11/2025 7:59:59 pm EDT 47799296795 | Written Consent | Experian on behalf of Credit Karma Inc |
| 10/8/2025 7:59:59 pm EDT 47757027538 | Written Consent | Experian on behalf of Credit Karma Inc |
| 10/4/2025 7:59:59 pm EDT 47699470454 | Written Consent | Experian on behalf of Credit Karma Inc |

| Date/Time/Tracking # | Purpose | Company |
|---|---|---|
| 10/1/2025 7:59:59 pm EDT 47643988946 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/28/2025 7:59:59 pm EDT 47584154136 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/25/2025 7:59:59 pm EDT 47524124563 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/20/2025 7:59:59 pm EDT 47463266813 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/17/2025 7:59:59 pm EDT 47383085682 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/13/2025 7:59:59 pm EDT 47392865957 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/10/2025 7:59:59 pm EDT 47253248167 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/6/2025 7:59:59 pm EDT 47207794446 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/3/2025 7:59:59 pm EDT 47141222916 | Written Consent | Experian on behalf of Credit Karma Inc |
| 9/1/2025 7:59:59 pm EDT 47119763027 | Written Consent | Experian on behalf of Credit Karma Inc |
| 8/27/2025 7:59:59 pm EDT 47035879162 | Written Consent | Experian on behalf of Credit Karma Inc |
| 8/23/2025 7:59:59 pm EDT 47010643414 | Written Consent | Experian on behalf of Credit Karma Inc |
| 8/20/2025 7:59:59 pm EDT 46942643106 | Written Consent | Experian on behalf of Credit Karma Inc |
| 8/14/2025 7:59:59 pm EDT 46884249653 | Written Consent | Experian on behalf of Credit Karma Inc |
| 8/10/2025 4:23:07 am EDT 46751852667 | Written Consent | Experian on behalf of Experian Credit Match |
| 8/9/2025 7:59:59 pm EDT 46753844072 | Written Consent | Experian on behalf of Credit Karma Inc |
| 8/6/2025 7:59:59 pm EDT 46734770020 | Written Consent | Experian on behalf of Credit Karma Inc |

## Validation

| | | | |
|---|---|---|---|
| Valid Social Security Format | true | OFAC Score | 0 |
| Social Security Deceased | false | OFAC Flag | false |

## Personal Information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, phone number, employer, income, etc. This information is listed in no particular order and includes previously submitted information that you, your creditors and/or other sources have reported. The ‘Tracking #’ located after ‘Date’ and ‘Time’ allows you to associate the data that originated from the same inquiry. For example, when the ‘Tracking #’ is the same for your name, date of birth and driver’s license/state, then all those data elements came from the same inquiry.

| Name | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| DONELLA HARRIEL | 12/25/2021 6:50:45 pm EST 8pegxv5x8m | 6/29/2026 5:36:01 pm EDT zxvv74fhgh | 52 |
| DONELLA HARRIEL JR | 6/3/2026 4:32:07 pm EDT tcsa7wrsxq | 6/3/2026 4:32:07 pm EDT tcsa7wrsxq | 1 |
| DONELLA M HARRIEL | 3/31/2023 11:41:14 am EDT kghfcg23kx | 6/16/2026 4:08:36 pm EDT ynka99hy5s | 4 |
| DONELLA MARIE HARRIEL | 5/4/2023 10:35:58 am EDT gt8czb1371 | 12/16/2025 6:18:34 pm EST 44j17pms7y | 5 |
| SHARAE YOUNG | 7/17/2025 6:27:50 pm EDT m14v01xdka | 7/17/2025 7:02:25 pm EDT 4zr1e9r2fn | 3 |
| SHARAE J YOUNG | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |

| Date Of Birth | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| [redacted] | 12/25/2021 6:50:45 pm EST 8pegxv5x8m | 6/29/2026 5:36:01 pm EDT zxvv74fhgh | 62 |
| [redacted] | 7/17/2025 6:27:50 pm EDT m14v01xdka | 7/17/2025 7:02:25 pm EDT 4zr1e9r2fn | 5 |

| Driver's License Number and State | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| [redacted] | 10/11/2024 3:21:11 pm EDT 5hest04ssr | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 13 |
| [redacted] | 1/10/2023 8:42:18 pm EST xxqmfg61y3 | 7/12/2024 5:44:18 pm EDT zhp9fwsfae | 28 |
| [redacted] | 12/11/2022 4:10:25 pm EST 39mnq4p71h | 5/2/2023 4:26:45 pm EDT a7pm01td57 | 2 |

## Housing Information

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your home address, housing status, and months at address, then all those data elements came from the same inquiry

| Home Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 1820 N CONGRESS AVE APT 407 WEST PALM BEACH FL 33401 | 4/25/2023 6:46:57 pm EDT frrzb1vqn0 | 4/25/2023 6:49:40 pm EDT c8fk1dy55f | 13 |
| 361 SE ATLAS TER PORT SAINT LUCIE FL 34983 | 1/10/2023 8:42:18 pm EST xxqmfg61y3 | 6/29/2026 5:36:01 pm EDT zxvv74fhgh | 23 |
| 361 SE ATLAS TER PORT ST LUCIE FL 34983 | 12/25/2021 6:50:45 pm EST 8pegxv5x8m | 6/16/2026 4:08:36 pm EDT ynka99hy5s | 24 |
| 361 SE ATLAS TER # 0 PORT SAINT LUCIE FL 34983 | 5/7/2023 3:22:39 pm EDT b7d58azdvf | 5/7/2023 6:34:20 pm EDT 7bzx8cg38m | 2 |

| Home Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 480 NW 146TH DR NEWBERRY FL 32669 | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |
| 480 NW 146TH DR APT 178 NEWBERRY FL 32669 | 7/17/2025 6:27:50 pm EDT m14v01xdka | 7/17/2025 7:02:25 pm EDT 4zr1e9r2fn | 3 |

| Housing Status | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| OWN | 1/10/2023 8:42:18 pm EST xxqmfg61y3 | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 18 |
| RENT | 4/25/2023 6:47:44 pm EDT wj886wzcyd | 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | 2 |

| Months at Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 0 Months | 4/23/2023 9:53:33 am EDT pa7zq8fzfp | 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | 8 |
| 12 Months | 5/7/2023 6:34:20 pm EDT 7bzx8cg38m | 5/7/2023 6:34:20 pm EDT 7bzx8cg38m | 1 |
| 25 Months | 1/4/2026 8:59:40 am EST et27y8aadk | 1/4/2026 8:59:40 am EST et27y8aadk | 1 |
| 36 Months | 5/7/2023 3:22:39 pm EDT b7d58azdvf | 5/7/2023 3:22:39 pm EDT b7d58azdvf | 1 |
| 48 Months | 4/25/2023 6:46:57 pm EDT frrzb1vqn0 | 5/7/2023 3:14:50 pm EDT an2xadpwxx | 12 |
| 108 Months | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |
| 120 Months | 3/31/2023 11:41:14 am EDT kghfcg23kx | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 10 |

## Phone Information

The ‘Tracking #’ located after ‘Date’ and ‘Time’ allows you to associate the data that originated from the same inquiry. For example, when the ‘Tracking #’ is the same for your cell phone number, home phone number and work phone number, then all those data elements came from the same inquiry.

| Cell Phone Number | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 561-402-5075 | 10/11/2024 4:11:30 pm EDT qawnbmne3f | 6/16/2026 4:08:36 pm EDT ynka99hy5s | 14 |
| 772-626-4730 | 11/18/2024 3:06:16 pm EST fj9js0ehgk | 11/18/2024 3:06:16 pm EST fj9js0ehgk | 1 |
| 772-708-6343 | 3/31/2023 11:41:14 am EDT y9mwcwf018 | 7/12/2024 5:44:18 pm EDT zhp9fwsfae | 14 |

| Home Phone Number | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 352-792-2880 | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |

| Home Phone Number | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 561-402-5075 | 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 9 |
| 772-708-6343 | 12/11/2022 4:10:25 pm EST 39mnq4p71h | 5/7/2023 6:34:20 pm EDT 7bzx8cg38m | 29 |

| Work Phone Number | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 352-284-2336 | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |
| 561-402-5075 | 1/4/2026 8:59:40 am EST et27y8aadk | 1/4/2026 8:59:40 am EST et27y8aadk | 1 |
| 772-361-3557 Ext. 0 | 5/14/2023 10:52:58 am EDT h6d51ae79r | 5/14/2023 10:52:58 am EDT h6d51ae79r | 1 |
| 772-361-3557 | 4/25/2023 6:46:57 pm EDT frrzb1vqn0 | 5/7/2023 6:34:20 pm EDT 7bzx8cg38m | 17 |
| 772-519-0977 | 4/11/2026 11:41:01 am EDT 363kwjgxhm | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 7 |
| 772-708-6343 | 3/31/2023 11:41:14 am EDT y9mwcwf018 | 3/31/2023 11:41:18 am EDT y5m8fwm1js | 3 |

### Email Information

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your email address and cell phone number, then all those data elements came from the same inquiry.

| Email Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| DONELLA.HARRIEL01@GMAIL.COM | 12/11/2022 4:10:25 pm EST 39mnq4p71h | 10/11/2024 4:11:30 pm EDT qawnbmne3f | 14 |
| DONELLA477@GMAIL.COM | 4/23/2023 9:53:33 am EDT 0vdbey9916 | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 33 |
| DONELLAHARRIEL01@GMAIL.COM | 4/23/2023 4:03:50 pm EDT bwghqz4j7c | 4/23/2023 4:11:02 pm EDT czbcn119dz | 2 |
| DONMARIE716@GMAIL.COM | 5/2/2022 7:40:58 am EDT r0etnazm8v | 5/2/2022 7:40:58 am EDT r0etnazm8v | 1 |
| HARRIELDONELLA@GMAIL.COM | 5/4/2023 10:29:54 am EDT h0n9919ztr | 5/4/2023 10:35:58 am EDT gt8czb1371 | 2 |
| LADYRAE978@GMAIL.COM | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |

## Employment Information

Employment information is listed in no particular order and includes all previously submitted places of employment that you, your creditors and/or other sources have reported. The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your employer name, employer address, occupation and months at employer, then all those data elements came from the same inquiry.

| Employer Name | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| HCP | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |
| SELF EMPLOYED | 3/31/2023 11:41:14 am EDT y9mwcwf018 | 3/31/2023 11:41:18 am EDT y5m8fwm1js | 3 |
| SKILL AMUSEMENT | 4/25/2023 6:46:57 pm EDT frrzb1vqn0 | 5/7/2023 6:34:20 pm EDT 7bzx8cg38m | 17 |
| WELLSTART | 10/11/2024 4:11:30 pm EDT qawnbmne3f | 12/16/2025 6:18:34 pm EST 44j17pms7y | 4 |
| WELLSTART MEDICAL | 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | 4/11/2026 11:44:20 am EDT vk1y9y0n2j | 7 |

| Employer Address | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 123 MAIN STREET WEST PALM BEACH FL | 4/25/2023 6:47:59 pm EDT wgqg410qty | 4/25/2023 6:47:59 pm EDT wgqg410qty | 1 |

| Occupation | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| CNA | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |
| DIABETES CARE SPECIALIST | 4/11/2026 11:41:56 am EDT xtgzb3qhhz | 4/11/2026 11:41:56 am EDT xtgzb3qhhz | 1 |
| OVERNIGHT MANAGER | 5/14/2023 10:52:58 am EDT h6d51ae79r | 5/14/2023 10:52:58 am EDT h6d51ae79r | 1 |
| SELLER | 4/25/2023 6:48:05 pm EDT ky8g45hpr8 | 4/25/2023 6:48:05 pm EDT ky8g45hpr8 | 1 |
| UNSPECIFIED | 1/4/2026 8:59:40 am EST et27y8aadk | 1/4/2026 8:59:40 am EST et27y8aadk | 1 |

| Months at Employer | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 0 Months | 4/23/2023 9:53:33 am EDT pa7zq8fzfp | 5/7/2023 3:14:33 pm EDT mf0krkh9eb | 6 |
| 12 Months | 5/7/2023 6:33:35 pm EDT g13g5fwe44 | 12/16/2025 6:18:34 pm EST 44j17pms7y | 5 |
| 24 Months | 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | 1/4/2026 8:59:40 am EST et27y8aadk | 2 |
| 36 Months | 5/7/2023 3:22:39 pm EDT b7d58azdvf | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 7 |
| 48 Months | 4/25/2023 6:46:57 pm EDT frrzb1vqn0 | 5/7/2023 3:14:50 pm EDT an2xadpwxx | 14 |
| 60 Months | 3/31/2023 11:41:14 am EDT kghfcg23kx | 3/31/2023 11:41:18 am EDT y5m8fwm1js | 3 |
| 72 Months | 4/11/2026 11:41:06 am EDT jjgzak7h8y | 4/11/2026 11:41:06 am EDT jjgzak7h8y | 1 |
| 96 Months | 4/25/2023 6:46:59 pm EDT mg83kzs0kg | 4/25/2023 6:46:59 pm EDT mg83kzs0kg | 1 |
| 103 Months | 7/17/2025 6:28:01 pm EDT 8p2drx083v | 7/17/2025 6:28:02 pm EDT jt54b4zspq | 2 |

## Income Information

Income information is listed in no particular order and includes all previously submitted net monthly incomes that you, your creditors and/or other sources have reported. The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your net monthly income, pay frequency, date of next paycheck, and direct deposit, then all those data elements came from the same inquiry.

| Net Monthly Income | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| $2,400.00 | 5/14/2023 10:52:58 am EDT h6d51ae79r | 5/14/2023 10:52:58 am EDT h6d51ae79r | 1 |
| $3,333.00 | 5/2/2022 7:40:58 am EDT r0etnazm8v | 5/2/2022 7:40:58 am EDT r0etnazm8v | 1 |
| $4,000.00 | 5/2/2023 4:57:27 pm EDT bbyne1tdag | 1/4/2026 8:59:40 am EST et27y8aadk | 7 |
| $4,166.00 | 4/23/2023 4:03:50 pm EDT bwghqz4j7c | 4/23/2023 4:03:50 pm EDT bwghqz4j7c | 1 |
| $4,485.00 | 4/25/2023 6:48:41 pm EDT z1a3kmk3mt | 4/25/2023 6:48:41 pm EDT z1a3kmk3mt | 1 |
| $4,500.00 | 4/25/2023 6:46:57 pm EDT frrzb1vqn0 | 4/25/2023 6:49:03 pm EDT 39hm2y1hf2 | 7 |
| $5,000.00 | 1/10/2023 8:42:18 pm EST xxqmfg61y3 | 1/10/2023 8:42:18 pm EST xxqmfg61y3 | 1 |
| $5,416.00 | 4/23/2023 4:11:02 pm EDT czbcn119dz | 4/23/2023 4:11:02 pm EDT czbcn119dz | 1 |
| $6,000.00 | 12/11/2022 4:10:25 pm EST 39mnq4p71h | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 9 |
| $7,000.00 | 5/4/2023 10:29:54 am EDT h0n9919ztr | 5/4/2023 10:29:54 am EDT h0n9919ztr | 1 |
| $8,000.00 | 3/31/2023 11:41:14 am EDT y9mwcwf018 | 3/31/2023 11:41:18 am EDT y5m8fwm1js | 3 |
| $8,500.00 | 5/4/2023 10:35:58 am EDT gt8czb1371 | 5/4/2023 10:35:58 am EDT gt8czb1371 | 1 |

| Pay Frequency | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| BI WEEKLY | 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | 1 |
| BIWEEKLY | 4/23/2023 4:11:02 pm EDT czbcn119dz | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 28 |
| JUST MONTHLY | 5/2/2023 4:57:27 pm EDT 4sax1t8th3 | 5/2/2023 4:57:27 pm EDT bbyne1tdag | 2 |
| JUST WEEKLY | 12/11/2022 4:10:25 pm EST 39mnq4p71h | 5/2/2023 4:26:45 pm EDT a7pm01td57 | 2 |
| MONTHLY | 4/23/2023 4:03:50 pm EDT bwghqz4j7c | 4/25/2023 6:47:44 pm EDT wj886wzcyd | 2 |
| SEMIMONTHLY | 5/4/2023 10:29:54 am EDT h0n9919ztr | 5/4/2023 10:29:54 am EDT h0n9919ztr | 1 |

| Date of Next Paycheck | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 12/16/2022 | 12/11/2022 4:10:25 pm EST 39mnq4p71h | 12/11/2022 4:10:25 pm EST 39mnq4p71h | 1 |
| 01/20/2023 | 1/10/2023 8:42:18 pm EST xxqmfg61y3 | 1/10/2023 8:42:18 pm EST xxqmfg61y3 | 1 |
| 04/24/2023 | 4/23/2023 4:03:50 pm EDT bwghqz4j7c | 4/23/2023 4:03:50 pm EDT bwghqz4j7c | 1 |
| 05/05/2023 | 4/23/2023 4:11:02 pm EDT czbcn119dz | 5/2/2023 4:57:27 pm EDT bbyne1tdag | 11 |

| Date of Next Paycheck | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| 01/16/2026 | 1/4/2026 8:57:29 am EST 5z1z2p2nb0 | 1/4/2026 8:59:40 am EST et27y8aadk | 2 |
| 04/17/2026 | 4/11/2026 11:41:01 am EDT 363kwjgxhm | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 7 |

| Direct Deposit | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| Yes | 4/25/2023 6:46:57 pm EDT frrzb1vqn0 | 4/11/2026 11:45:05 am EDT k5f6nbpyr0 | 28 |
| No | 4/23/2023 4:11:02 pm EDT czbcn119dz | 4/25/2023 6:48:28 pm EDT dz1v80qrh8 | 2 |

## Banking Information

Banking information is listed in no particular order and includes all previously submitted banking information that you, your creditors and/or other sources have reported. The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your bank routing number and direct deposit, then those data elements came from the same inquiry.

**Bank Routing Number:** [redacted]

**Bank Routing Number First Reported (Date/Time/Tracking #):** 12/11/2022 4:10:25 pm EST 39mnq4p71h

**Bank Routing Number Last Reported (Date/Time/Tracking #):** 5/2/2023 4:26:45 pm EDT a7pm01td57

**# of Times Bank Routing Number Reported:** 3

**Bank Account Number:** [redacted]

**Bank Account Type:** CHECKING

**Bank Account Type Last Reported:** 5/2/2023 4:26:45 pm EDT a7pm01td57

**Bank Name:** Td Bank, Na

**Main Office Address:** 12280 SOUTHSHORE BLVD WEST PALM BEACH FL, 33414

**Main Office Phone:** 561-227-2001

**Bank Routing Number:** [redacted]

**Bank Routing Number First Reported (Date/Time/Tracking #):** 4/23/2023 9:53:33 am EDT pa7zq8fzfp

**Bank Routing Number Last Reported (Date/Time/Tracking #):** 5/14/2023 10:52:58 am EDT h6d51ae79r

**Bank Account Number:** [redacted]

**Bank Account Type:** CHECKING

**Bank Account Type Last Reported:** 5/14/2023 10:52:58 am EDT h6d51ae79r

**Bank Name:** Jpmorgan Chase Bank, N.A.

**Main Office Address:** 300 N FRANKLIN ST TAMPA FL, 33602

| | | | |
|---|---|---|---|
| **# of Times Bank Routing Number Reported:** | 26 | **Main Office Phone:** | 813-302-6689 |
| **Bank Routing Number:** | [redacted] | **Bank Account Number:** | [redacted] |
| **Bank Routing Number First Reported (Date/Time/Tracking #):** | 1/4/2026 8:57:29 am EST<br>5z1z2p2nb0 | **Bank Account Type:** | |
| | | **Bank Account Type Last Reported:** | |
| **Bank Routing Number Last Reported (Date/Time/Tracking #):** | 4/11/2026 11:45:05 am EDT<br>k5f6nbpyr0 | **Bank Name:** | Pnc Bank, Na |
| | | **Main Office Address:** | 218 DATURA ST<br>WEST PALM BEACH FL, 33401 |
| **# of Times Bank Routing Number Reported:** | 9 | **Main Office Phone:** | 561-659-9901 |

## RESELLER NOTICE

In addition to being a credit bureau, Clarity is also a reseller of consumer information. As a reseller, Clarity obtains information about you from other credit bureaus and then provides this information to users for a purpose permitted by federal law. This information that Clarity resells from other credit bureaus is not part of your Clarity "file" and therefore is not included in the packet that you received today. You are encouraged to obtain a copy of your credit information from the other credit bureaus and review it for accuracy. Below is the contact information for the other credit bureaus that Clarity obtained and resold information about you in the last 90 days.

| **Company** | **Experian** |
|---|---|
| Attention: | Experian |
| Address: | P.O. Box 2002, Allen, TX 75013-0036 |
| Phone Number: | 888-397-3742 |